# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136232

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

VICTORIA LOVE,
        Defendant-Appellant.

SC: 136232
COA: 283530
Muskegon CC: 06-052765-FH

_____/

On order of the Court, the application for leave to appeal the March 19, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

s0721

_____
Clerk